UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT REEVES, | ) | CASE NO. 4:06 CV 374 |
| | ) | |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| KATHLEEN HAWK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In an entry dated March 7, 2006, plaintiff was ordered either to pay the full filing fee or to file a proper Financial Application and prisoner account statement within 30 days. Although that 30 day period has well expired, plaintiff has neither paid the filing fee nor filed a proper Financial Application and prisoner account statement.[1]

Accordingly, this action must be and is hereby dismissed without prejudice. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601 (6th Cir. 1997). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in

---

[1] Plaintiff did file a "Motion to Pay Filing Fee Out of Time" on April 17, 2006, but this does not comply with the court's March 7 order, and gives no indication that plaintiff is seeking additional time to do so.

good faith.

      IT IS SO ORDERED.

<u>S/Peter C. Economus - 4/24/06</u>
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE